IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:01-cr-00050-MP

LEROY DEXTER,

    Defendants.
_____/

**O R D E R**

The government has filed a motion for reduction of sentence pursuant to Fed. R. Crim. P. 35(b). The motion, filed June 21, 2004, (doc 59) is GRANTED.

The previously entered Judgment, imposed on July 2, 2003 and recorded in the office of the Clerk on July 10, 2003 (doc 53) is modified in the following respects:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ninety-four (94) months."

Except as herein modified, the previously imposed judgment and sentence shall remain unchanged in any other respect and shall remain in full force and effect.

**DONE AND ORDERED** this  *14th*  day of September, 2007

                                                *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge